| | |
|---|---|
| 1 | BRUCE W. KELLEY |
|   | Nevada Bar No. 7331 |
| 2 | ZACHARY W. LIVINGSTON |
|   | Nevada Bar No. 15954 |
| 3 | WINNER & BOOZE |
|   | 1117 South Rancho Drive |
| 4 | Las Vegas, Nevada 89102 |
|   | Phone (702) 243-7000 |
| 5 | Facsimile (702) 243-7059 |
|   | bkelley@winnerfirm.com |
| 6 | zlivingston@winnerfirm.com |

Attorneys for Defendants/Third-Party Plaintiffs BUFFALO HIGHLAND III, LLLP and Erroneously Named BUFFALO HIGHLANDS VII, LLLP

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BEATRICE FRAZIER as Special Administrator on behalf of the ESTATE OF FELICIA SMITHBEATRICE FRAZIER, an individual; and GARY SMITH, an individual; | CASE NO.: 2:25-cv00872-CDS-MDC |
| Plaintiff | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| BUFFALO HIGHLANDS VII, LLLP, a Limited Liability Limited Partnership; BUFFALO HIGHLANDS III, LLLP, a Limited Liability Limited Partnership; DOES 1 through 100; and ROE CORPORATION 101 through 200 inclusive, | |
| Defendants | |
| BUFFALO HIGHLANDS III, LLLP, a Domestic Limited-Liability Limited Partnership; | |
| Third-Party Plaintiff | |
| vs. | |
| MICHAEL RALSTON, an individual; DOES I through X, inclusive, ROE BUSINESS ENTITIES I through X, inclusive, | |
| Third-Party Defendants | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Daniel J. Tafoya, Jr., Esq. of the law offices of HIGH STAKES INJURY LAW, attorneys for the Plaintiffs BEATRICE FRAZIER as Special Administrator on behalf of the ESTATE OF FELICIA SMITH, BEATRICE FRAZIER and GARY SMITH and Bruce William Kelley, Esq. of the law offices of WINNER & BOOZE, attorneys for Defendant BUFFALO HIGHLAND III, LLLP that the above-entitled matter be dismissed with prejudice with each side to bear their own costs and attorney's fees.

~~Pursuant to EDCR 2.75, a Scheduling Order has been filed and a Trial has not been set for this matter.~~

DATED: October 29, 2025                              DATED: _____, 2025

WINNER & BOOZE                                       HIGH STAKES INJURY LAW

_/s/ Bruce W Kelley_                                 _/s/ Daniel J. Tafoya, Jr._
Bruce W Kelley                                       Daniel J. Tafoya, Jr., Esq
Nevada Bar No. 7331                                  Nevada Bar No. 15656
1117 South Rancho Drive                              820 S. Jones Blvd.
Las Vegas, Nevada 89102                              Las Vegas, Nevada 89107
Attorneys for Defendant BUFFALO                      Attorneys for Plaintiff
HIGHLAND III, LLLP

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
United States District Judge
Dated: November 3, 2025